**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, Debra Houser

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEBRA HOUSER,<br><br>        Defendant. | CASE NO.  6:14-mj-00123-MJS<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE TO JANUARY 21, 2015; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Initial Appearance in the above captioned matter set for December 16, 2014, **be continued to January 21, 2015, at 10:00 A.M.**  Defense counsel is having knee surgery on December 16, 2014.

Dated:  December 12, 2014                               /s/ Carol Ann Moses
                                                                            CAROL ANN MOSES
                                                                            Attorney for Defendant,
                                                                            DEBRA HOUSER


Dated:  December 12, 2014                               /s/ Matthew McNease
                                                                            MATTHEW McNEASE
                                                                            Legal Officer
                                                                            National Park Service

STIPULATION TO CONTINUE INITIAL APPEARANCE
TO JANUARY 21, 2015

1

ORDER

The above STIPULATION TO CONTINUE INITIAL APPEARANCE TO JANUARY 21, 2015, in Case No. 6:14-mj-00123-MJS is hereby approved and adopted as the Order of this Court. The court wishes defense counsel a speedy recovery.

IT IS SO ORDERED.

Dated:   December 12, 2014          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE